1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ARLENE BANKS,<br><br>           Plaintiff,<br><br>   v.<br><br>AURORA LOAN SERVICING, LLC; INTER MOUNTAIN MORTGAGE; CALIFORNIA RECONVEYANCE COMPANY and DOES 1 to 100, inclusive,<br><br>           Defendants. | Case No. EDCV 08-1898-VAP (AJWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendants Aurora Loan Servicing, LLC and Cal-Western Reconveyance Corporation.  The Court orders that such judgment be entered.

Dated: March 4, 2009

                                          VIRGINIA A. PHILLIPS
                                      United States District Judge